Charles A. WILLIAMS, Plaintiff–
Appellant,

v.

Josh CHRISTENSON, Harnett County Sheriff's Office; William Coats, Angier Police Department; Adam Dunn, Johnston County Sheriff's Office; Jeffrey Canady, Johnston County Sheriff's Office, Defendants–Appellees.

No. 14–7711.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 19, 2015.

Charles A. Williams, Appellant pro se.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Williams does not challenge in his informal brief the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*